DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANGEL DAVID HERNANDEZMONTANER,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2024-2830

[March 12, 2026]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Stephanie F. Tew, Judge; L.T. Case No. 502024CT015886A.

Daniel Eisinger, Public Defender, Sue-Ellen Kenny and Virginia Murphy, Assistant Public Defenders, West Palm Beach, for appellant.

James Uthmeier, Attorney General, Tallahassee, and Zi Jin Peter Chan, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

FORST, KLINGENSMITH and SHEPHERD, JJ., concur.

\*       \*       \*

***Not final until disposition of timely-filed motion for rehearing.***